UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WYOMING FINANCIAL GROUP, INC.,

Plaintiff,

-against-

SHERI SMITH, DONTE POWELL, DANE
DEVOGELAERE, HARRISHANA ALEENA
GRIFFIN, BANK OF AMERICA N.A., JP
MORGAN CHASE BANK N.A., and BMO
BANK N.A.,

Defendants.

25-CV-09622 (JAV)

ORDER OF DISMISSAL

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff Heights in Wyoming Financial Group, Inc., brings this action *pro se*.[1] Because

Wyoming Financial Group, Inc. cannot proceed *pro se*, the Court dismisses the action without

prejudice to Wyoming Financial Group, Inc., retaining counsel within 30 days of the date of this

order.

**DISCUSSION**

Corporations, nonprofit organizations, and other artificial entities cannot proceed *pro se*.

*Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993)

(noting that "lower courts have uniformly held that 28 U.S.C. § 1654, providing that "parties

may plead and conduct their own cases personally or by counsel," does not allow corporations,

partnerships, or associations to appear in federal court otherwise than through a licensed

attorney") (citations omitted); *see also Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22

(2d Cir. 1983) (noting that "it is established that a corporation, which is an artificial entity that

---

[1] Tasheeme M. Goings, who is not listed in the action as a plaintiff, signed the complaint. Goings did not submit an application to proceed *in forma pauperis* (IFP) or pay the filing fees.

can only act through agents, cannot proceed *pro se*"). Thus, the claims brought on behalf of Wyoming Financial Group, Inc., are dismissed without prejudice to Wyoming Financial Group, Inc., retaining counsel.

## CONCLUSION

The Court dismisses the action without prejudice to Wyoming Financial Group, Inc., retaining counsel within 30 days of the date of this order.

SO ORDERED.

Dated:    December 3, 2025
          New York, New York

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

2