UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TASHEEME M. GOINGS,                                        :
:
                                  Plaintiff,              :          25-CV-09622 (JAV) (KHP)
:
            -v-                                            :          ORDER
:
SHERI SMITH, et al.,                                      :
:
                                  Defendants.             :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

As this case was filed by a Pro Se Plaintiff, it is subject to Chief Judge Swain's Standing

Order Regarding the Duty of Self-Represented Parties to Keep Address Information Current, No.

24-MC-127.

In addition, by separate Order today, the Court is referring this case to the assigned

Magistrate Judge for general pretrial purposes to manage scheduling, discovery, non-dispositive

pretrial motions and settlement matters.  Magistrate Judges are judges selected by the District

Judges to serve for terms of eight years.  Magistrate Judges are highly qualified and very

experienced.

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster

disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are

willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the

assigned Magistrate Judge. If the parties consent to having the Magistrate Judge decide the case,

the Magistrate Judge replaces the District Judge, thereby speeding up the resolution of the case

(because only one judge instead of two will be involved in the case). Any appeal from a

Magistrate Judge's decision following consent is directly to the United States Court of Appeals for the Second Circuit in the same way that an appeal from a District Judge's decision would be taken.

If all parties consent to proceed before the Magistrate Judge, counsel for Defendant must, **within two weeks of entering an appearance**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/node/754). If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned. An information sheet on proceedings before magistrate judges is also attached to this Order.

If any party does not consent to having the Magistrate Judge decide this case, there will be no adverse consequences. If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, **within two weeks of the date on which Defendant enters an appearance** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.

Finally, the Court notes that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center ("City Bar Justice Center") provides free limited-scope legal services to self-represented litigants (plaintiffs and defendants) with civil cases in the U.S. District Court for the Southern and the Eastern Districts of New York who cannot afford to hire an attorney. The City Bar Justice Center may be able to provide Plaintiff with advice in connection with this case. The City Bar Justice Center is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party

through the *Pro Se* Intake Unit). For more information on obtaining legal assistance through the

City Bar Justice Center, Plaintiff can visit the following websites:

https://nysd.uscourts.gov/attorney/legal-assistance

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.


SO ORDERED.

Dated: February 5, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
## for the

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. _____ |
| _____ | ) |
| *Defendant* | ) |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____        _____
                                           *District Judge's signature*

                                 _____
                                           *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print        Save As...        Reset