UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TASHEEME M. GOINGS,

                    Plaintiff,

      -against-

 SHERI SMITH, et al.,

                    Defendants.

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 03/31/2026

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**25-CV-9622 (JAV) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light of the Notice of Voluntary Dismissal filed on March 30, 2026 (doc. no 43) the Initial Case Management Conference currently scheduled for **April 22, 2026**, is hereby adjourned *sine die*.

Dated: New York, New York
      March 31, 2026

                    SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge